11 Am
HOA
YC

12:00 – 12:31 pm

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

Date: **2/25/2011**

Case No: CR **-10-00745-DLJ**　　　Judge: D. Lowell Jensen

Reporter: **DIANE SKILLMAN**　　　Clerk: Frances Stone

Defendant(s):　　　　　　　　　　　　　　　Defense Counsel:

**MICHAEL HOWARD VAWTER** Present? **Y** In Custody? **Y** **WILLIAM GAGEN**

FILED
FEB 25 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

US Attorney: **OWEN MARTIKAN**　　Interpreter:　　　US Probation Officer: **KAREN MAR**

Reason for Hearing: **SENTENCING**　　　Ruling: **HELD**

**COUNT 2: DEFT COMMITTED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 51 MONTHS. DEF PLACED ON SUPERVISED RELEASE 5 YEARS. COURT IMPOSES A FINE OF $12,500.00. COURT ORDERS RESTITUTION IN THE AMOUNT OF $1500.00 TO VICTIMS LISTED IN PROBATION REPORT. A $100.00 ASSESSMENT IS DUE IMMEDIATELY. GOV MOTION TO DISMISS REMAINING COUNT 1 OF INDICTMENT IS GRANTED.**

Case continued to: _____ for _____
Case continued to: _____ for _____
Case continued to: _____ for _____
　　Motions to be filed by _____; Opposition due _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for _____ Trial

Excludable Delay: Category: __ Begins: _____ Ends: _____